UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED SULTAN SALEH | No. 1:26-_____ |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(False Statement to Federal Officials)**

On about April 4, 2026, in the District of Maine and elsewhere, defendant

**MOHAMMED SULTAN SALEH**

knowingly and willfully made a materially false statement to agents of the Federal Bureau of Investigation and the U.S. Border Patrol, in a matter within the jurisdiction of those agencies. Specifically, the defendant told the agents that he did not intend to enter the United States on April 3, 2026, when, in truth of fact, he did intend to enter the United States on that date.

The defendant thus violated Title 18, United States Code, Section 1001(a)(2).

**COUNT TWO**
**(Entry Without Inspection)**

On about April 3, 2026 in the District of Maine, the defendant,

**MOHAMMED SULTAN SALEH**

an alien, did knowingly and unlawfully enter the United States from Canada, at a place not designated by immigration officers for entrance of an alien to the United States.

The defendant thus violated Title 8, United States Code, Section 1325(a)(1).

Dated: May 15, 2026                    ANDREW B. BENSON
                                       UNITED STATES ATTORNEY

                                        /s/ Joel B. Casey
                                       Joel B. Casey
                                       Assistant U.S. Attorney