**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED SULTAN SALEH | No. 1:26-cr-00059-JAW |

## PROSECUTION VERSION OF THE OFFENSES

On about April 3, 2026, in the District of Maine, the defendant, an alien, knowingly and unlawfully entered the United States in Somerset County, in the State and District of Maine, from the country of Canada, at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the United States.

Thereafter, on April 4, 2026, the defendant knowingly and willfully made a materially false statement to agents of the Federal Bureau of Investigation ("FBI") and the U.S. Border Parol("BP"), in a matter within the jurisdiction of those agencies. Specifically, the defendant told the agents that he did not intend to enter the United States on April 3, 2026, when, in truth of fact, he did intend to enter the United States on that date.

In this regard, the defendant, a citizen of the United Kingdom, and three other men, walked through the heavily wooded border of the Province of Quebec and the State of Maine during the pre-dawn hours of April 3, 2026. Their point of entry was within a few hundred yards of the Saint Zacharie, Maine port of entry that was manned by agents of U.S. Customs and Border Protection Office of Field Operations ("OFO"). Upon exiting the woods, the defendant and his companions began walking down the Golden Road

heading east.

Passersby in the area reported seeing the four men walking east on the Golden Road to an OFO agent at the Saint Zacharie port of entry. The OFO agent reported the sighting to the BP station in Jackman, Maine. A BP agent and an OFO agent responded to the area of the sighting in a marked BP vehicle. The two officers observed fresh footprints on the soft dirt of the Golden Road. As they drove further south, the two observed four individuals near mile mark 87 who appeared to be attempting to conceal themselves behind vegetation growing on a roadside berm.

The two officers took the four men into custody without incident. When questioned about their citizenship, the defendant and his three companions stated they were citizens of the United Kingdom. The four were transported back to the Jackman, Maine Border Patrol station in a different Border Patrol vehicle.

The following day, during a Mirandized interview with the FBI and BP, the defendant told agents that he and the others in the group did not intentionally enter the country. He told agents that the group had been going for a hike and had accidentally crossed into the country. At the time he made this statement, the defendant knew that it was false and that he and the others had planned on surreptitiously entering the country.

If this case had proceeded to trial, the Government would have presented the testimony of the BP, OFO and FBI Agents involved in the events described above. The Government would have also offered data recovered from the electronic devices of members of the group, including several “selfie” videos taken by the defendant depicting the group’s trek through the woods. These videos demonstrate that the defendant and

the other members of the group were hiking through the woods with the intention of getting into Maine, while avoiding the port of entry and the border authorities. In one such video, the defendant announces to the group that they were now on U.S. soil. Finally, the Government would have offered the recording of the April 4, 2026 interview of the defendant during which he made the aforementioned false statement.

Date: June 10, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: ***/s/ Joel B. Casey***
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, ME 04401
(207) 945-0373
Joel.Casey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James Nixon, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: ***/s/ Joel B. Casey***

Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, ME 04401
(207) 945-0373
Joel.Casey@usdoj.gov