# Synopsis
## (Information)

| | |
|---|---|
| **Name:** | MOHAMMED SULTAN SALEH |
| **Address:**<br>**(City & State Only)** | Liverpool, England, United Kingdom |
| **Year of Birth and Age:** | 2004/24 years |
| **Violations:** | **Count 1:** False Statement to a Federal Official. 18 U.S.C. § 1001(a)(2)<br><br>**Count 2**: Entry without inspection. 8 U.S.C. § 1325(a)(1) |
| **Penalties:** | **Count 1:** Imprisonment of not more than 5 years, fine not to exceed $250,000, or both. 18 U.S.C. §§ 1001(a) and 3571(b)(3). (Class D Felony)<br><br>**Count 2**: Fine of $5,000 pursuant to 18 U.S.C. § 3571(b)(6); Imprisonment of not more than 6 months pursuant to 8 U.S.C. § 1325(a), or both. (Class B Misdemeanor). |
| **Supervised Release:** | **Count 1**: Not more than 3 years. 18 U.S.C. § 3583(b)(2)<br><br>**Count 2:** N/A |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Not more than 2 years. 18 U.S.C. § 3583(e)(3)<br><br>**Count 2**: N/A |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>**Count 2**: N/A |
| **Defendant's Attorney:** | James Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI, SA Nathan Jacobs<br>USBP, Agent Scott Hanton |
| **Detention Status:** | Detained |
| **Foreign National:** | Yes; Great Britain |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | Offered |
| **County:** | Somerset |
| **AUSA:** | Casey |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | **Count 1**: $100.00; 18 U.S.C. § 3013(a)(2)(A)<br>**Count 2**: $10.00; 18 U.S.C. § 3013(a)(1)(B) |